UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, <br><br>    Plaintiff, <br><br>  v. <br><br> **Euromotors Oakland, Inc.**, a California Corporation; and Does 1-10, <br><br><br>    Defendants. | Case: No. 3:18-CV-07487-WHA <br><br> [proposed] **ORDER GRANTING JOINT STIPULATION TO EXTEND MEDIATION DEADLINE** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The deadline to complete mediation shall be extended to and include August 19, 2019.
2. All other dates that are triggered by the mediation date will be adjusted accordingly.

IT IS SO ORDERED.

Dated: June 8, 2019.   _____
HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE